IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND F. HUNT,

      Plaintiff,

v.                                           CV 13-437 MCA/WPL

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration*,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed September 23, 2014. (Doc. 26.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Plaintiff's motion to reverse and remand (Doc. 22) is GRANTED; and

3) this case is remanded to the Social Security Administration for proceedings consistent with the PFRD.

                                                _____
                                                **UNITED STATES DISTRICT JUDGE**